## Moller v. Barrett.

1. *Forcible Detainer—Service of Notice.*—The return of a constable indorsed on a notice, in forcible detainer, to terminate a tenancy by the month, showing service of the notice, is *prima facie* evidence of the facts therein stated under Sec. 11, Chap. 80, of the Revised Statutes.

**Memorandum.**—Action for forcible detainer. Appeal from the County Court of La Salle County; the Hon. BENJAMIN F. LINCOLN, Judge, presiding. Heard in this court at the May term, A. D. 1893, and affirmed. Opinion filed December 12, 1893.

*Form of the notice and return:*
"To N. MOLLER:

"*Sir:* You will please take notice that you are hereby notified to quit and deliver up, on the 31st day of July, A. D. 1892, the possession of the premises which you now hold of me, situate in the city of Mendota, county of La Salle and State of Illinois, more particularly described as follows : Lots 8 and 9, in block 53, West's addition to Mendota; being at the end of the month of your tenancy.

"WILLIAM BARRETT, *Landlord.*"

"June 28, 1892.

Service of said notice was made by Ed. Coleman, a constable, and a return thereon made by him as to the manner of the service. Said return is as follows :

"STATE OF ILLINOIS, }
  La Salle County.   }  ss.    "I have duly served the within notice on the within named N. Moller by reading the same to him and delivering to him a true copy thereof this 29th day of June, A. D. 1892.

"ED. COLEMAN, *Constable.*

"Fees......$ .35
"Service...   .10
————
"$ .45"

C. P. GARDNER, attorney for appellant.

MOLONEY, BURKE & MADDEN, attorneys for appellee.

OPINION OF THE COURT, CARTWRIGHT, J.

Appellee brought this action in forcible detainer, and recovered before the justice, and also in the County Court on appeal.

The only question in the case is concerning the sufficiency of the proof of service of a notice to terminate a tenancy by the month. The service of the notice was proven by the return of a constable of La Salle County, indorsed on the notice. This return was made *prima facie* evidence of the facts therein stated by the provision contained in section 11, chapter 80, Revised Statutes, for that purpose. The judgment will be affirmed.